IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SOUTHWEST ALABAMA BEHAVIORAL HEALTH CARE SYSTEMS,<br>    Plaintiff, | )<br>)<br>)<br>) | |
| vs. | ) | CIVIL ACTION NO. 15-00469-KD-B |
| | ) | |
| NETSMART TECHNOLOGIES, INC.,<br>    Defendant. | )<br>) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed,[1] the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated December 1, 2015 is **ADOPTED** as the opinion of this Court.  Accordingly, it is **ORDERED** that Defendant's Motion to Dismiss Plaintiff's fraud claim (Doc. 3) is **GRANTED**.

**DONE** and **ORDERED** this the **7th** day of **December 2015.**

        /s/ Kristi K. DuBose
        **KRISTI K. DUBOSE**
        **UNITED STATES DISTRICT JUDGE**

---

[1] Plaintiff asserts: "The Magistrate-Judge has recommended (doc. 24) that the fraud claim be dismissed in its Report and Recommendation to the Court. That recommendation is due to be adopted."  (Doc. 25 at 2).